UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80081-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

v.

ROBERT SCOTT DONSKY,

    Defendant.
_____/

ORDER
AND
REPORT AND RECOMMENDATION

    The Defendant, ROBERT SCOTT DONSKY, appeared before the Court on January 20, 2012, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted in 2009 for conspiracy to commit mail and wire fraud, in violation of 18 U.S.C. §§ 371. Defendant received a sentence of 50 months in prison followed by three years of supervised release. Defendant began his supervised release on September 2, 2011.

    Defendant is now charged with violating supervised release by failing to refrain from violating the law, in that Defendant committed the offense of possessing Oxycodone, in violation of Florida Statute 893.13.

    The Defendant seeks to admit the violation and proceed to sentencing in front of United States District Judge Hurley. Accordingly, this Court RECOMMENDS that the District Court accept the Defendant's admission and find Defendant guilty of the violation. This Court further

1

RECOMMENDS that the matter be set down for sentencing before the Honorable United States District Judge Daniel T.K. Hurley.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 24 day of January 2012.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE