*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 08-80081-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
 Plaintiff,

v.

ROBERT SCOTT DONSKY,
 Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 44]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, February 21, 2012,** at **11:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 27th day of January, 2012.

**copy furnished:**
AUSA Emalyn Webber
Eric Schwartzreich, Esq.
United States Marshal's Service
United States Probation Office

          Daniel T. K. Hurley
          United States District Judge