UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80081-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**ROBERT SCOTT DONSKY,**
    **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 78], dated April 3, 2014. Upon consideration, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendations are **adopted**.

    2. A sentencing hearing will be conducted on **Monday, April 21, 2014, at 11:15 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of April, 2014.

**copy furnished:**
AUSA Aurora Fagan
AFPD Nieson M. Marks
United States Marshal's Service
United States Probation Office

                                                    Daniel T. K. Hurley
                                           United States District Judge